JJD/CMM:AT/EWS
F. #2025R00296

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YINYE WANG,
  also known as "Roy Wang," and
QIUJU WU,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

C O M P L A I N T   A N D
A F F I D A V I T   I N   S U P P O R T
O F   A R R E S T   W A R R A N T S

(18 U.S.C. § 1349)

Case No. 2 5 - M J - 2 6 1

EASTERN DISTRICT OF NEW YORK, SS:

        CHRISTOPHER J. PERRY, being duly sworn, deposes and states that he is a

Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law

and acting as such.

        In or about and between June 2025 and August 2025, both dates being

approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendants YINYE WANG, also known as "Roy Wang," and QIUJU WU, together with others,

did knowingly and intentionally conspire to execute a scheme and artifice to defraud Bank-1, an

entity whose identity is known to me, a financial institution, and to obtain moneys, funds, credits

and other property owned by and under the custody and control of said financial institution, by

means of one or more materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      I am a Special Agent with the FBI and have been involved in the investigation of numerous cases. I have been an FBI Special Agent for four years. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation. Based on my conversations with other law enforcement officers and others; my review of law enforcement records and information provided by others; and my review of open-source information, I have learned the following, in substance and in part.

2.      At all times relevant to this Complaint, unless otherwise indicated:

I.      The Defendants and Co-Conspirators

3.      The defendant YINYE WANG, also known as "Roy Wang," resided in College Point, New York and Roslyn, New York.

4.      The defendant QIUJU WU resided in Flushing, New York. As relevant to this Complaint, WU owned or controlled a bank account at Bank-1 ending in account numbers 1920 (the "WU Bank Account").

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

5.     Individual-1, an individual whose identity is known to me, owned or controlled a bank account at Bank-1 ending in account numbers 4301 (the "Individual-1 Bank Account").

II.     The Victims and Relevant Entities

6.     Victim-1 and Victim-2 (collectively, the "Victims"), whose identities are known to me, resided in Glen Head, New York. They both held bank accounts at Bank-1. Victim-1 owned or controlled an account ending in account numbers 6970 (the "Victim-1 Bank Account"). Victim-2 owned or controlled an account ending in account numbers 5502 (the "Victim-2 Bank Account").

7.     On or about March 31, 2025, the Victims were reported as missing with the Nassau County Police Department. They have not been seen publicly since. Based on my knowledge of the investigation, I am aware that several media outlets have reported on the Victims' disappearance. At the time when the Victims were reported missing, the Victims were the sole signatories and account holders for their respective accounts.

8.     Bank-1 was a multinational banking and financial services company with branches located throughout the Eastern District of New York, including two branches in Flushing, New York located approximately 0.3 miles from one another (respectively, "Branch-1" and "Branch-2").

III.     The Fraudulent Scheme to Steal Funds From the Victims' Accounts at Bank-1

9.     The investigation has revealed that the defendants YINYE WANG, also known as "Roy Wang," and QIUJU WU conspired to steal approximately $2.8 million from the Victims by submitting fraudulent documents to Bank-1.

10.    Based on records provided by Bank-1, on or about June 29, 2025, Victim-1 was added to the WU Bank Account. The account ownership type was changed from "individual owner" to "joint with rights of survivorship." The names, social security numbers and presumed signatures for both the defendant QIUJU WU and Victim-1 appear on the personal signature card. The address associated with the WU Bank Account was later changed to an address associated with Victim-1. Account opening documents for the WU Bank Account indicate that the account was previously opened at Branch-1.

11.    As of June 29, 2025, the WU Bank Account had approximately $1,919.26. But in the ensuing days, more than $1 million was transferred out of the Victim-1 Bank Account into the WU Bank Account. On or about June 30, 2025, $890,000 was transferred from the Victim-1 Bank Account to the WU Bank Account. The following day, an additional $500,000 was transferred from the Victim-1 Bank Account to the WU Bank Account. Also that day, $190,000 was transferred from the WU Bank Account to another bank account in the name of QJW Trading Inc., which, based on my review of corporate records, I know was incorporated by the defendant QIUJU WU and is located at an address associated with WU. Records provided by Bank-1 indicate that this transaction occurred between approximately 1:34 and 1:41 PM. On the same day, at approximately 1:48 PM, $700,000 was withdrawn from the WU Bank Account

via cashier's check.  WU is listed as the remitter on the check.  The transaction took place at the Branch-1 and was captured by surveillance footage, which depicts WU.




Date: **07/01/2025 13:33:32.10**
Camera: **LT 1-2 IP**
Event: **Surveillance**
DVR: **Main-Maple-143105**

12.    Based on records provided by Bank-1, on or about July 2, 2025, Victim-2 was added to the Individual-1 Bank Account.  The account ownership type was changed from "individual owner" to "joint with rights of survivorship."  The names and presumed signatures for both Individual-1 and Victim-2 appear on the personal signature card.  Victim-2's social security number also appears on the personal signature card.  The address associated with the Individual-1 Bank Account was later changed to an address associated with Victim-2.

13.    In the ensuing days, more than $2 million was transferred out of the Victims' accounts.  On or about July 2, 2025, $860,000 was transferred from the Victim-2 Bank Account to the Individual-1 Bank Account.  The following day, $418,500 was withdraw via bank check from the WU Bank Account to a bank account associated with a corporate entity. WU is listed as the remitter on the check.  The transaction took place at Branch-2.  Surveillance footage capturing the transaction depicts the defendants YINYE WANG, also known as "Roy

Wang," and QIUJU WU.



Date: **07/03/2025 10:07:26.40**
Camera: **LT 1 & 2 IP**
Event: **Surveillance**
DVR: **Flushing-Main-143064**

14.    On or about July 8, 2025, $630,000 was transferred from the Victim-1

Bank Account to the WU Bank Account.   On or about July 10, 2025, $435,000 was withdrawn

via bank check from the WU Bank Account to a bank account associated with a corporate entity.

The defendant QIUJU WU is listed as the remitter on the check.    The transaction took place at Branch-2.    Surveillance footage capturing the transaction recorded WU:



15.    In total, between in or about June 29, 2025 and July 10, 2025, approximately $2.8 million was transferred out of the Victim-1 Bank Account and Victim-2 Bank Account.    Victim funds were transferred out of the Individual-1 Bank Account as recently as on or about August 18, 2025.

16.    The investigation has revealed that the defendant YINYE WANG, also known as "Roy Wang," is tied efforts to steal personally identifiable information belonging to others, including to accounts associated with Branch-1.

17.    On or about December 20, 2023, the defendant YINYE WANG, also known as "Roy Wang," was flagged at a screening checkpoint at the Los Angeles International Airport.    During a Transportation Security Agency ("TSA") baggage search, TSA officers

discovered multiple cell phones, identification cards, credit cards and financial documents

bearing the names of different individuals. WANG was referred for secondary inspection.

During the inspection and subsequent interview, which was audio recorded, and in the presence

of federal law enforcement officers, WANG separated out from his belongings several items he

characterized as trash for disposal. Those items, which were recovered by law enforcement

officers and inventoried, included twelve different account opening documents in the names of

six individuals (none in WANG's own name). All account opening documents referenced the

address for Branch-1. Law enforcement also recovered a Branch-1 business card for an

employee of Branch-1.

          18.    Law enforcement officers also recovered other items from the defendant

YINYE WANG, also known as "Roy Wang, including seventeen different credit cards in the

names of twelve individuals; a New York State driver's license in the name of another

individual; an Oklahoma driver's license in the name of another individual; bank statements in

the names of ten different individuals and/or businesses from six different banks; bank checks in

the names of five different individuals and/or business from four different banks; a New Jersey

tax refund check in the name of another individual; and various handwritten notes appearing to

contain names, dates of birth, social security numbers, debit card pins, password and other bank

account information.

          WHEREFORE, your deponent respectfully requests that Court issue arrest

warrants for the defendants YINYE WANG, also known as "Roy Wang," and QIUJU WU so

they may be dealt with according to law. Your deponent further respectfully requests that the

complaint and accompanying arrest warrants be filed under seal until such time as the defendants

are apprehended.

CHRISTOPHER J. PERRY
Special Agent, Federal Bureau of Investigation

Sworn to before me this
29 day of August, 2025

/s/ Steven Tiscione

THE HONORABLE STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK